No. 01–9626. BEATON v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 01–9628. NELSON v. CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–9630. ANTHONY v. GASPAR, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–9631. CORBIN v. FLORIDA BAR. Sup. Ct. Fla. Certiorari denied.

No. 01–9635. CARRILLO v. DESANTO ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–9636. MILLER v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 01–9637. MANUEL ACUNA v. AYERS, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–9639. JOHNSON v. DUFRAIN, SUPERINTENDENT, FRANKLIN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 01–9645. WHITFIELD v. KEMNA, SUPERINTENDENT, CROSSROADS CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.

No. 01–9648. DOPP v. SAFFLE, DIRECTOR, OKLAHOMA DEPARTMENT OF CORRECTIONS. C. A. 10th Cir. Certiorari denied.

No. 01–9649. COLON v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 01–9652. PUGH v. ARKANSAS DEPARTMENT OF HUMAN SERVICES. Sup. Ct. Ark. Certiorari denied.

No. 01–9657. LEDFORD v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.